# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **LONNIE ONEAL BAILEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. CV 06-S-4895-NE |
| | ) |
| **LAWRENCE COUNTY SHERIFF'S DEPARTMENT, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER DISMISSING FEWER THAN ALL DEFENDANTS

The magistrate judge filed a Report and Recommendation on March 27, 2008, recommending that the plaintiff's claims against the Lawrence County Sheriff's Department, Deputy Seth Hazen and Deputy Tim Taylor in their official capacities, Lawrence County Sheriff Bryan Hill in his official and individual capacity, and plaintiff's request for injunctive relief be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2). (Doc. no. 19). It was further recommended that the plaintiff's Eighth Amendment excessive force claim against Defendant Seth Hazen and failure to intervene claim against Defendant Tim Taylor, in their individual capacities, be referred to the magistrate judge for further proceedings.

The plaintiff filed objections. (Doc. no. 20). He argues that Sheriff Hill should be held responsible because he is responsible for protecting not only society from criminals, but the prisoners as well. (Doc. no. 20 at 2). He also appears to misinterpret the report and argues that both Deputy Hazen and Deputy Taylor should not be immune from suit.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and his recommendation is ACCEPTED. It is therefore ORDERED, ADJUDGED, and DECREED that all of plaintiff's claims in this action, except the plaintiff's Eighth Amendment excessive force claim against Defendant Seth Hazen and failure to intervene claim against Defendant Tim Taylor, are DISMISSED pursuant to 28 U.S.C. § 1915A(b). It is further ORDERED that the plaintiff's Eighth Amendment excessive force claim against Defendant Seth Hazen and failure to intervene claim against Defendant Tim Taylor, in their individual capacities, are REFERRED to the magistrate judge for further proceedings.

DONE this 27th day of May, 2008.

_____
United States District Judge